IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                       Cr. No. 17-CR-10067-STA

ASHLEY SWEAT

    Defendant.

---

**ORDER**

---

Upon the Agreed Motion of the Defendant and the United States Attorney to continue the June 19, 2018 sentencing date;

IT IS HEREBY ORDERED that the Defendant's sentencing date be and hereby is continued to Tuesday, July 31, 2018 at 9:00 a.m.

                                                      s/S. Thomas Anderson
                                                      S. THOMAS ANDERSON, CHIEF UNITED
                                                      STATES DISTRICT JUDGE
                                                      Date: 6/12/2018